

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 30, 2025

**BY ECF AND EMAIL**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    **Re:** *United States v. Elias Velasquez*, 25 Cr. 185; 22 Cr. 572 (AS)

Dear Judge Subramanian,

    The Government writes respectfully on behalf of the parties in advance of the conference in the above-referenced case currently scheduled for next Tuesday, August 5, 2025, at 10:00 a.m. The parties respectfully request an adjournment of the conference to September 9, 2025, to allow additional time for the Government to obtain and produce additional records in response to a request from defense counsel, for counsel to review discovery, for the parties to confer regarding a potential resolution, and otherwise for counsel to consider any motions. In addition, the Government respectfully requests that time be excluded through the date of the next conference for the reasons stated above. The Government has conferred with counsel and understands counsel consents to the exclusion of time here.

Application GRANTED. The pretrial conference is hereby adjourned to Tuesday, September 9, 2025, at 10:00 AM.

Time is excluded through the date of the next conference on September 9, 2025. The Court finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial because the requested adjournment will allow the parties to produce requested materials, review discovery, consider any motions, and discuss a potential pretrial resolution of this case.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 11.

SO ORDERED.

*/s/ Arun Subramanian*
Arun Subramanian, U.S.D.J.
Dated: July 30, 2025

Respectfully,

JAY CLAYTON
United States Attorney

by: _____
Lisa Daniels
Assistant United States Attorney
(212) 637-2955

cc: Counsel of record (by ECF)