UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-against-

Elias Velasquez,

                            Defendant.

25-cr-185  (AS)
22-cr-572 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court will hold a hearing on a potential change in plea by the defendant on Thursday, December 4, 2025, at 11:00 AM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: November 24, 2025
        New York, New York

ARUN SUBRAMANIAN
United States District Judge